IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE ROOFERS UNION LOCAL 221 TRUST FUNDS; PENSION FUND by its Trustees; HEALTH & WELFARE FUND by its Trustees; ANNUITY FUND, by its Trustees; TRAINING FUND by its Trustees; VACATION & HOLIDAY TRUST by its Trustees,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LAULIMA ROOFING & WATERPROOFING LLC, a Hawaii Limited Liability Company; ROBERT KAAPANA, individually and DOROTHEA KAAPANA, individually,<br><br>　　　　　Defendants. | CV 20-00094 LEK-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

　　Findings and Recommendation having been filed on August 31, 2020 and served on all parties on September 1, 2020, and no objections having been filed by any party,

　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Plaintiffs' Motion for Default Judgment" , ECF No. 18, 2020,  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 21, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge